**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

LESTER RAY WALLACE,                          :
                                             :
      **Plaintiff,**                        :
                                             :
                                             :          **CASE NO:**
  v.                                         :          **7:26-cv-106–WLS**
                                             :
                                             :
DEPARTMENT OF VETERANS                       :
AFFAIRS,                                     :
                                             :
      **Defendant.**                       :
                                             :
_____

# ORDER

Before the Court is *pro se* Plaintiff's Motion to Compel Production and for a Vaughn Index (Doc. 7) ("Motion") filed June 17, 2026. Therein, Plaintiff requests the Court enter an order compelling the Department of Veterans Affairs ("VA") to produce all responsive records requested by his February 26, 2026 Freedom of Information Act ("FOIA") request and require the VA to provide a Vaughn Index identifying any withheld or redacted materials. (*Id.* at 1).

Plaintiff's Motion essentially requests the same relief as that requested in his Complaint for Violation of the Freedom of Information Act, 5 U.S.C. § 552 (Doc. 1) ("Complaint"). Based on the Proof of Service (Doc. 6) filed by Plaintiff, the U.S. Attorney for the Middle District of Georgia, Civil Process Clerk appears to have been served on May 5, 2026. (*Id.* at 3). The date of service on the Attorney General of the United States is illegible, and it is unclear whether or when the Office of General Counsel, Department of Veteran Affairs, was served as the return receipt is neither signed nor dated. (*Id.*). Once a defendant in an FOIA action has been fully and properly served, the FOIA requires such defendant to serve an answer or "otherwise plead" to the Complaint within thirty days after service. 5 U.S.C.A. § 552(a)(4)(C) ("Notwithstanding any other provision of law, the defendant shall serve an answer or otherwise plead to any complaint made under this subsection within thirty days after service upon the defendant of the pleading in which such complaint is made, unless the court

1

otherwise directs for good cause shown."). To date, the VA, without an establishment of proof of date of service, has not filed an answer or other responsive pleading in this matter. Thus, Plaintiff's Motion is premature and procedurally unripe for the Court's consideration at this time.

Accordingly, Plaintiff's Motion to Compel Production and for a Vaughn Index (Doc. 7) is **DENIED, WITHOUT PREJUDICE**.


**SO ORDERED**, this 25th day of June 2026.


**/s/W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

2