**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

LESTER RAY WALLACE,                              :
                                                 :
      **Plaintiff,**                              :
                                                 :
v.                                               :      **CASE NO:**
                                                 :      **7:26-cv-106–WLS**
**DEPARTMENT OF VETERANS**                        :
**AFFAIRS,**                                      :
                                                 :
      **Defendant.**                              :
_____          :

## ORDER

Before the Court is the United States of America's Motion for Leave to File Response to Plaintiff's Complaint (Doc. 9) ("Motion") filed July 6, 2026. Therein, the United States of America ("United States"), on behalf of the Department of Veterans Affairs ("VA"), requests leave of Court to file an Answer or otherwise respond to Plaintiff's Complaint. Plaintiff Lester Ray Wallace is proceeding *pro se* in this action. In an effort to ensure and to afford Plaintiff adequate notice regarding the Motion, the Court issues the instant Order.

Under the procedures and policies of this Court, motions are normally decided on briefs. Plaintiff may submit his arguments to this Court by filing a brief, not exceeding twenty pages, in opposition to the Motion. M.D. Ga. L.R. 7.4. As Plaintiff is proceeding *pro se*, the Court shall permit him an opportunity to file a Response to the Motion, if he so desires, within **seven (7) days** of this Order or no later than **Wednesday, July 15, 2026**. Thereafter, the Court will consider the United State's Motion (Doc. 9) and any opposition to the same filed by Plaintiff and issue its ruling.

Plaintiff is further noticed that upon a timely written motion for a reasonable time to obtain counsel, the Court will consider the same before addressing the Motion. Otherwise, Plaintiff is entirely responsible for filing a timely response to the Motion as set out herein.

**SO ORDERED**, this 9th day of July 2026.

                                  **/s/W. Louis Sands**
                                  **W. LOUIS SANDS, SR. JUDGE**
                                  **UNITED STATES DISTRICT COURT**

1