**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **LESTER RAY WALLACE,** | : | |
| | : | |
| **Plaintiff,** | : | |
| **v.** | : | **CASE NO:** |
| **DEPARTMENT OF VETERANS AFFAIRS,** | : | **7:26-cv-106–WLS** |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER

By Order (Doc. 22) entered September 15, 2026, the Court granted *pro se* Plaintiff's Motion for Leave to File Sur-Reply (Doc. 21) and ordered that Plaintiff shall file his sur-reply brief by **Thursday, September 24, 2026**. A copy of a proposed sur-reply was attached to the motion. (*See* Doc. 21-1). To date, Plaintiff has failed to file his sur-reply as a separate document in this case, and a proposed document filed as an exhibit to a motion requesting leave to file such document does not appear in the Record so as to be considered a substantive response or reply to a pending motion. As Plaintiff appears *pro se*, the Court will permit him an additional seven days from entry of this Order within which to file his sur-reply.

Accordingly, on or before **Wednesday, October 7, 2026**, Plaintiff shall file his sur-reply (Doc. 21-1) as a separate document. Thereafter, the Court will address the pending motion without further briefing.

**SO ORDERED**, this 30th day of September 2026.

**/s/W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**